# IN THE SUPREME COURT OF THE STATE OF NEVADA

LUIS ALONSO HIDALGO, III,
Petitioner,
vs.
STATE BAR OF NEVADA
DISCIPLINARY BOARD,
Respondent.

No. 77719

FILED

MAY 1  2019

ELIZAB    BROWN
CLERK OF S   E COURT
BY_____
         DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This pro se petition for a writ of mandamus challenges the State Bar of Nevada's decision not to bring disciplinary charges against attorney Dominic Gentile.[1]  Having considered the petition and supporting documents, we are not convinced that petitioner has met his burden of demonstrating that our intervention is warranted, *see Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004), and therefore, we decline to exercise our discretion in this matter. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.                    _____, J.
Stiglich                                Silver

cc:    Luis Alonso Hidalgo, III
       Bar Counsel, State Bar of Nevada

---

[1]We construe petitioner's "disciplinary appeal pursuant to SCR 105" as a petition for a writ of mandamus, as this court lacks jurisdiction under SCR 105 to consider an appeal from the State Bar's decision not to pursue disciplinary charges against an attorney.

19-21322